## UNITED STATES COURT OF APPEALS

### FOR THE TENTH CIRCUIT

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 1 3 2006

GREGORY C. LANGHAM
CLERK

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois corporation,

    Plaintiff-Counter-Defendant-Appellant,

v.

PROGRESSIVE MUTUAL INSURANCE COMPANY, an Ohio corporation,

    Defendant - Appellee,

VICKI L. LEE,

    Defendant-Counter-Claimant-Appellee.

No. 05-1215
(03-F-1275 Dist. of Colo.)

### ORDER

Filed: **January 12, 2006**

The court is in receipt of the order of the Colorado Supreme Court dated January 9, 2006, in their action 05SA369, regarding the Certification of Questions of State Law from this court. Upon consideration of that order, we request the Clerk of the U.S. District Court for the District of Colorado to transmit to the Clerk of the Colorado Supreme Court the entire hard copy record in matter 03-F-1275 (CBS). The Colorado Supreme Court is requested to return that record forthwith upon the completion of its proceedings. The

clerk of this court is directed to forward a copy of the Colorado Supreme Court's order to the district court.

Entered for the Court  
Elisabeth A. Shumaker, Clerk of Court

by: *[signature]*  
Deputy Clerk

| | |
|---|---|
| SUPREME COURT, STATE OF COLORADO<br>Two East 14th Avenue<br>Denver, Colorado 80203<br><br>CERTIFICATION OF QUESTIONS OF STATE LAW<br>UNITED STATES COURT OF APPEALS FOR THE TENTH<br>CIRCUIT, 05-1215 | Case No. 05SA369  |

In re:

**Plaintiff-Counter-Defendant-Appellant:**

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois corporation,

v.

**Defendant:**

PROGRESSIVE MUTUAL INSURANCE COMPANY, an Ohio corporation,

**Defendant-Counter-Claimant-Appellee**

VICKI L. LEE.

FILED
United States Court of Appeals
Tenth Circuit

JAN 12 2006

ELISABETH A. SHUMAKER
Clerk

**ORDER OF COURT**

Upon consideration of the Certification of Questions of State Law from the United States Court of Appeals for the Tenth Circuit filed in the above captioned matter, and now being advised in the premises,

The Supreme Court of Colorado accepts the following questions as framed by the United States Court of Appeals for the Tenth Circuit:

1. Which statute, Colo. R. Stat. § 10-4-609(2) or Section 10-4-609(4)(a), should be used in the first instance to determine whether a tortfeasor's motor vehicle is underinsured?

2. If Colo. R. Stat. § 10-4-609(4)(a) is used in the first instance to determine whether a tortfeasor's motor vehicle is underinsured does the language stating that the limits of the tortfeasor's insurance shall be compared to the limits of "the insured's policy" mean that no other policy can be stacked with the insured's policy to determine whether the tortfeasor's vehicle is underinsured?

3. If Colo. R. Stat. § 10-4-609(4)(a) is used in the first instance to determine whether a tortfeasor's motor vehicle is underinsured does the statute require that all applicable motor vehicle policies, including the insured's policy, be stacked together and compared with the tortfeasor's liability limits to determine whether the tortfeasor's vehicle is underinsured?

The Court requests that the United States Court of Appeals for the Tenth Circuit direct the clerk of court to transmit the entire record from the United States District Court for the District of Colorado in addition to the record that has already been transmitted.

IT IS ORDERED that the Court accepts the briefs filed previously in the United States Court of Appeals for the Tenth Circuit and adopts a supplemental briefing schedule. Appellant's supplemental brief is due on or before January 24, 2006. Appellee's supplemental brief is due on or before February 7, 2006. All briefs shall be in conformance with the Colorado Appellate Rules.

IT IS FURTHER ORDERED that oral argument is set for Thursday, March 9, 2006 at 9:00 a.m. in the Colorado Supreme Court Courtroom.

IT IS FURTHER ORDERED that pursuant to C.A.R. 21.1(e) each party shall pay a docket fee in the amount of $112.50.

BY THE COURT, EN BANC, JANUARY 9, 2006.



Copies mailed via the State's Mail Services Division on /-09-06 ℐ EAC

| | |
|---|---|
| Franklin D. Patterson<br>Gregg E. Kay<br>Patterson, Nuss & Seymor, P.C.<br>304 Inverness Way South, Ste. 305<br>Englewood, CO  80112 | Richard M. Kaudy<br>1424 Larimer St., Ste. 301<br>Denver, CO  80202 |
| William L. Keating<br>Robert a. Wagner<br>Fogel Keating Wagner Polidori<br>Shafner Struthers & Heron, P.C.<br>1199 Bannock Street<br>Denver, CO  80204 | Honorable Wade Brorby<br>Circuit Judge<br>US Court of Appeals for the<br>Tenth Circuit<br>Byron White US Courthouse<br>1823 Stout St., 1st Floor<br>Denver, CO  80257 |
| Clerk of the US Court of Appeals<br>for the Tenth Circuit<br>Byron White US Courthouse<br>1823 Stout St., 1st Floor<br>Denver, CO  80257 | |